UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WESTRON ET AL.,**<br><br>    Plaintiffs,<br><br>vs.<br><br>**ZOOM VIDEO COMMUNICATIONS INC.,**<br><br>    Defendant. | Case No.: 4:22-CV-03147-YGR<br><br>ORDER TO SHOW CAUSE RE: MONETARY SANCTIONS |

**TO PLAINTIFFS AND COUNSEL OF RECORD**:

You are **HEREBY ORDERED TO SHOW CAUSE** why you should not be sanctioned in the amount of $200.00 for failure to comply with this District's Local Rules regarding the preparation of the case management statement and basic professional courtesy in terms of sharing editable documents. In particular, the Court is concerned with the representation in footnote one of the case management statement (Dkt. No. 25) and requires a particularized response. To the extent the representations are inaccurate, counsel may attach emails evidencing the inaccuracy.

Plaintiffs' attorney must file a written response to this Order to Show Cause within seven (7) days. Failure to file a written response will be deemed an admission that no good cause exists for plaintiff's failure and that the imposition of monetary sanctions is appropriate.

All parties are advised that in light of the pending motion to dismiss (Dkt. 19), the case management conference is vacated to be reset if necessary. The hearing on the motion to dismiss is also vacated to be reset if necessary.

**IT IS SO ORDERED.**

Date: September 6, 2022

                                                              _____
                                                              **YVONNE GONZALEZ ROGERS**
                                                              **UNITED STATES DISTRICT COURT JUDGE**