# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. WESTRON, and<br>J. MILNE,<br><br>    Plaintiffs,<br><br>v.<br><br>ZOOM VIDEO COMMUNICATIONS, INC., a Delaware corporation,<br><br>    Defendants. | Case Number:<br><br>**4:22-cv-03147-YGR**<br><br>**ORDER EXTENDING TIME TO FILE FIRST AMENDED COMPLAINT, AND TO RESPOND THERETO**<br><br>**CLASS ACTION** |

**4:22-cv-03147-YGR**

**ORDER EXTENDING TIME TO FILE FIRST AMENDED COMPLAINT, AND TO RESPOND THERETO – PAGE 1**

1  CAME ON to be considered the Stipulation to Extend Time to File First Amended Complaint, and to Respond thereto, entered into by and among Plaintiffs, S. Westron and J. Milne **(hereinafter "Plaintiffs"),** on the one hand, and Defendant, Zoom Video Communications, Inc. **(hereinafter "Defendant"),** on the other hand, and the Court has found said Stipulation should be approved and adopted by the Court:

IT IS, THEREFORE, ORDERED that the time by which Plaintiffs may timely file a First Amended Complaint shall be, and hereby is, EXTENDED through and including Friday, 14 April 2023;

IT IS FURTHER ORDERED that the time by which Defendant may respond to the First Amended Complaint shall be, and hereby is, EXTENDED through and including Friday, 12 May 2023.

Dated: 3/30/2023

_____
HON. YVONNE GONZALEZ ROGERS,
JUDGE OF THE UNITED STATES
DISTRICT COURT FOR THE NORTHERN
DISTRICT OF CALIFORNIA

[ORDER EXTENDING TIME.wpd]

**4:22-cv-03147-YGR**
**ORDER EXTENDING TIME TO FILE FIRST AMENDED COMPLAINT, AND TO RESPOND THERETO – PAGE 2**