GRANTED

*Judge Yvonne Gonzalez Rogers*

DAVID J. GALLO *(California Bar No. 127722)*
**LAW OFFICES OF DAVID J. GALLO**
12702 VIA CORTINA, SUITE 500
DEL MAR, CALIFORNIA 92014
Telephone: (858) 509-3652

Attorneys for Plaintiffs,
S. WESTRON, and J. MILNE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. WESTRON, and J. MILNE,<br><br>   Plaintiffs,<br><br>v.<br><br>ZOOM VIDEO COMMUNICATIONS, INC., a Delaware corporation,<br><br>   Defendants. | Case Number:<br><br>**4:22-cv-03147-YGR**<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br>**[Rule 41(a)(1)(A)(i), Fed.R.Civ.P.]**<br><br>**CLASS ACTION** |

**4:22-cv-03147-YGR**
**NOTICE OF VOLUNTARY DISMISSAL [Rule 41(a)(1)(A)(i), Fed.R.Civ.P.] – PAGE 1**

This Notice of Voluntary Dismissal is filed on behalf of Plaintiffs, S. Westron and J. Milne **(hereinafter "Plaintiffs"):**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Scott Westron and Jonathan Milne file this notice of voluntary dismissal to notify the Court that they hereby dismiss with prejudice their individual claims, and dismiss without prejudice any non-individual claims which may remain in this action following the Court's February 15, 2023, Order Granting Motion to Dismiss. Defendant Zoom Video Communications, Inc. has not filed an answer or motion for summary judgment.

Dated: 3 April 2023

Respectfully submitted,

DAVID J. GALLO
**LAW OFFICES OF DAVID J. GALLO**
12702 VIA CORTINA, SUITE 500
DEL MAR, CALIFORNIA 92014-3769
Telephone: (858) 509-3652

By:   /s/ David J. Gallo
    David J. Gallo,
    California Bar No. 127722
    Attorneys for Plaintiffs, S. WESTRON, and J. MILNE

[NOTICE of DISMISSAL.wpd]